101 F.3d 687
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
Angelo FAVAROLO, Plaintiff-Appellant,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 96-2017.
 United States Court of Appeals, Second Circuit.
 June 13, 1996.
 
 1
 Angelo Favarolo, pro se, Lewisburg, PA, for appellant.
 
 
 2
 Zachary W. Carter, U.S. Atty., Brooklyn, NY, for appellee.
 
 
 3
 Before NEWMAN and JACOBS, Circuit Judge, and CHATIGNY,* District Judge.
 
 
 4
 This cause came on to be heard on the transcript of record from the United States District Court for the Eastern District of New York and was taken on submission.
 
 
 5
 ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the order of the District Court is hereby AFFIRMED.
 
 
 6
 Angelo Favarolo appeals pro se from the District Court's December 13, 1995, order denying his second application for bail pending disposition of his motion to vacate a sentence pursuant to 28 U.S.C. § 2255. Such motions require a showing of extraordinary circumstances meriting relief, see Iuteri v. Nardoza, 662 F.2d 159 (2d Cir.1981), and the denial in this instance was fully justified.
 
 
 
 *
 Of the United States District Court for the District of Connecticut, sitting by designation